UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-61300-CV-SMITH

ANDRII PRONIN,

    Plaintiff,

v.

KOSHER PALACE, LLC, *et al.*,

    Defendants.

_____/

## ORDER TO SHOW CAUSE

This cause came before the Court upon a *sua sponte* examination of the record. Federal Rule of Civil Procedure 4(m) requires service of the summons and complaint to be perfected upon defendants within 90 days after the filing of the complaint. Plaintiff filed the Complaint [DE 1] on June 26, 2025. To date, there is no indication in the court record that Defendants have been served with the summons and Complaint. Accordingly, it is

**ORDERED** that on or before **October 14, 2025,** Plaintiff shall perfect service upon Defendants and file proof of service with the Court or show cause why this action should not be dismissed for failure to perfect service of process. Failure to comply with this order will result in dismissal of this action without further notice.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 8th day of October, 2025.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    counsel of record